

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      7677 Group, L.P. v. SMS Financial JDC, LP, as assignee of Federal Deposit Insurance Corporation, Receiver of First National Bank (Edinburg, Texas)

Appellate case number:      01-21-00376-CV

Trial court case number:      2016-05379

Trial court:      215th District Court of Harris County

This appeal was previously abated for mediation on September 23, 2021. On November 22, 2021, the parties filed a joint motion, informing this Court that mediation was unsuccessful and requesting that we reinstate the appeal and set the briefing schedule. Because the appellate record appears to be complete, we order the following:

We **reinstate** the appeal on the Court's active docket.

Appellant and cross-appellant's brief is **ORDERED** to be filed no later than 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a).

Appellee and cross-appellee's brief, if any, is **ORDERED** to be filed within 30 days of the filing of appellant and cross-appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so **ORDERED**.


Judge's signature: _____/s/ Sherry Radack_____
           ☑ Acting individually     ☐ Acting for the Court


Date: ___December 2, 2021_____